

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>Selvin Alberto Allen,<br><br>                Defendant. | CASE NO. 06cr0467 H<br><br>JUDGMENT OF DISMISSAL |

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

_X_   the Court has granted the motion of the Government for dismissal without prejudice; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

_X_   of the offense(s) of: All counts.

     IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: June 5, 2007

                                          Marilyn L Huff
                                          UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER **06 CR 0467 H** |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. **96477198** |
| **Selvin Alberto Allen** ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **6-5-07** the Court entered the following order:

**X** Defendant be released from custody.

\_\_\_ Defendant placed on supervised / unsupervised probation / supervised release.

\_\_\_ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

\_\_\_ Defendant released on $\_\_\_ bond posted.

\_\_\_ Defendant appeared in Court. FINGERPRINT & RELEASE.

\_\_\_ Defendant remanded and ( \_\_\_ bond) ( \_\_\_ bond on appeal) exonerated.

\_\_\_ Defendant sentenced to TIME SERVED, supervised release for \_\_\_ years.

\_\_\_ c.c. judgment Court of Appeals ( \_\_\_ affirming) ( \_\_\_ reversing) decision of this Court:
\_\_\_ dismissing appeal filed.

\_\_\_ Bench Warrant Recalled.

\_\_\_ Defendant forfeited collateral.

**X** Case Dismissed.

\_\_\_ Defendant to be released to Pretrial Services for electronic monitoring.

\_\_\_ Other. \_\_\_

**MARILYN L. HUFF**

UNITED STATES ~~MAGISTRATE~~ JUDGE
District

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk

Received _____ DUSM

Crim-9   (Rev 6-95)

★ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**